UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CARLOS ANTONIO PONCE-GAMEZ,
Petitioner,
v.
MARKWAYNE MULLIN, et al,
Respondents.

Case No. 5:26-cv-04483-SSC

MEMORANDUM AND ORDER

On August 7, 2026, Petitioner Carlos Antonio Ponce-Gamez filed a petition for writ of habeas corpus by a person in federal custody pursuant to 28 U.S.C. § 2241. (ECF 1.) On August 17, 2026, Respondents filed an answer arguing that the petition should be dismissed or denied. (ECF 13.)

On August 19, 2026, Petitioner filed a notice of changed circumstances and request for voluntary dismissal without prejudice. (ECF 14.) Petitioner explains that "[f]ollowing the filing of Respondent's Answer, Petitioner was transferred to an out-of-state holding facility located outside the territorial jurisdiction of the Central District of California." (*Id.* at 2.)

Rule 41 of the Federal Rules of Civil Procedure sets forth the circumstances under which an action may be dismissed. Fed. R. Civ. P.

41. Courts have applied Rule 41 to § 2241 habeas actions. *See, e.g., Chapman v. Barron*, No. 2:24-CV-00304-LK, 2025 WL 1507869, at *3 (W.D. Wash. May 27, 2025) (dismissing § 2241 petition under Rule 41(a)(2)); *Rosca v. Gilky*, No. CV-08-0963-PHX-FJM, 2008 WL 4541020, at *1 (D. Ariz. Oct. 9, 2008) (same).

Because Respondents filed an answer to the petition before Petitioner requested voluntary dismissal, and a stipulation of dismissal has not been filed in this case, Rule 41(a)(2) governs. Fed. R. Civ. P. 41(a); *Chapman*, 2025 WL 1507869, at *3. The action may be dismissed "only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). The Court finds Respondents will not be prejudiced or unfairly affected by dismissal of this action. Therefore, the Court concludes it is proper to allow Petitioner to voluntarily dismiss this action without prejudice. *Smith v. Lenches*, 263 F.3d 972, 975 (9th Cir. 2001) ("A district court should grant a motion for voluntary dismissal under Rule 41(a)(2) unless a defendant can show that it will suffer some plain legal prejudice as a result" of the dismissal.).

**ORDER**

For the reasons set forth above, **IT IS ORDERED** that Judgment shall be entered granting Petitioner's request to voluntarily dismiss the petition and dismissing the petition (ECF 1) without prejudice.



DATED: August 20, 2026

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE